943 So.2d 1024 (2006)
William HERNANDEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D04-1036.
District Court of Appeal of Florida, Third District.
December 20, 2006.
Gonzalez & Alvarez, and Manuel Alvarez, Pensacola, for appellant.
Charles J. Crist, Jr., Attorney General and Douglas J. Glaid, Senior Assistant Attorney General, for appellee.
Before COPE, C.J., and GERSTEN, and SHEPHERD, JJ.
PER CURIAM.
Affirmed. See State v. Iseley, 31 Fla. L. Weekly S697, ___ So.2d ___, 2006 WL 3025649 (Fla. Oct. 26, 2006).